No. 530. INGERSOLL *v.* NIERSTHEIMER, WARDEN. October 28, 1946. Petition for writ of certiorari to the Cir-

cuit Court of Effingham County, Illinois, denied. MR. JUSTICE MURPHY took no part in the consideration or decision of this application.